JPML FORM 1A

DOCKET ENTRIES

JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 719 -- In re Litigation Regarding Termination of the Strike of Continental Airlines by the Air Line Pilots Association

| Date | Ref. | Pleading Description |
|---|---|---|
| 86/12/01 | 1 | MOTION, BRIEF, SCHEDULE, EXHBITS -- (A-1 and A-2) Filed by all defendants -- SUGGESTED TRANSFEREE DISTRICT -- SOUTHERN DISTRICT OF TEXAS; SUGGESTED TRANSFEREE JUDGE: ? -- w/cert. of svc. and letter (rh) |
| 86/12/02 | | REVISED SCHEDULE A (complete captions) -- filed by all defendants -- Attached to Pldg. #1 (cds) |
| 86/12/09 | 2 | REQUEST FOR EXTENSION OF TIME -- Mark Adair, et al. -- GRANTED TO ALL PARTIES TO AND INCLUDING JANUARY 9, 1987 -- Notified involved counsel -- w/cert. of svc. (rh) |
| 86/12/09 | 3 | LETTER -- (dated Dec. 8, 1986) OBJECTING TO REQUEST FOR EXTENSION OF TIME (PLDG. #2) -- Signed by James Niss (counsel for all defendants) -- w/cert. of svc. (rh) |
| 86/12/11 | | APPEARANCE: RICHARD F. SCHADEN, ESQ. for Mark Adair, et al.; MARTY HARPER, ESQ. for Joseph E. O'Neill, et al. and JAMES NISS, ESQ. for Air Line Pilots Association International (ALPA), Continental Airlines Master Executive Council, Henry Duffy, Donald A. Henderson, Dennis M. Higgins, R. Peter Lappin, D. Kirby Schnell (rh) |
| 86/12/19 | | HEARING ORDER -- setting motion to transfer for Panel hearing on January 29, 1987 in Tampa, Florida (cds) |
| 87/01/09 | 4 | RESPONSE/MEMORANDUM -- pltfs. Joseph E. O'Neill, et al. -- W/Attachment & Cert. of Svc. (paa) |
| 87/01/12 | 5 | RESPONSE/BRIEF -- Plaintiffs Mark Adair, et al. -- W/Attachments and Cert. of Svc. (paa) |
| 87/01/16 | 6 | REPLY -- All Defendants -- w/cert. of service (cds) |
| 87/01/28 | | HEARING APPEARANCES (1/29/87) Tampa, Florida - JAMES NISS, ESQ. for Air Line Pilots Association, et al., RICHARD F. SCHADERN, ESQ. for Mark Adair, et al., BARBARA J. MULLER, ESQ. for Joseph E. O'Neill, et al., (tmq) |
| 87/02/04 | | ORDER DENYING TRANSFER -- notified involved judges, clerks, misc. recipients and involved counsel (cds) |

JPML Form 1

Revised: 8/78

DOCKET NO. 719 -- JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

CAPTION: In re Litigation Regarding Termination of the Strike of Continental Airlines by the Air Line Pilots Association

## SUMMARY OF LITIGATION

| Hearing Dates | Orders | | | Transferee | | |
|---|---|---|---|---|---|---|
| | Dates Filed | Type | Citation | District | Name of Judge | Assigned From |
| | | | | | | |

Special Transferee Information

DATE CLOSED: 2/4/87

JPML FORM 1

LISTING OF INVOLVED ACTIONS

DOCKET NO. 719 -- In re Litigation Regarding Termination of the Strike of Continental Airlines by the Air Line Pilots Association

| Intra-Office Number | Caption | District and Judge | Civil Action Number | Transfer Date | Transferee Docket Number | Date of Dismissal or Remand | Misc. |
|---|---|---|---|---|---|---|---|
| A-1 | Mark Adair, et al. v. Airline Pilots Association International | Colo. Carrigan | 86-C-1939 | Denied 2/4/87 | | | |
| A-2 | Joseph E. O'Neill, et al. v. Airline Pilots Association International, et al. | Tex.,S. Bue | H-86-1718 | | | | |

JPML Form 4

ATTORNEY SERVICE LIST
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 719 -- In re Litigation Regarding Termination of the Strike of

Continental Airlines by the Air Line Pilots Association

MARK ADAIR, ET AL. (A-1)
Richard F. Schaden, Esq.
Schaden, Heldman & Lampert
800 North Woodward
Suite 102
Birmingham, Michigan  48011

JOSEPH E. O'NEILL, ET AL. (A-2)
Marty Harper, Esq.
Lewis & Roca
First Interstate Bank Plaza
100 West Washington Street
Phoenix, Arizona  85003

HENRY A. DUFFY
DENNIS M. HIGGINS
R. PETER LAPPIN
D. KIRBY SCHNELL
DONALD A. HENDERSON
CONTINENTAL AIRLINES MASTER EXECUTIVE
COUNCIL
AIR LINE PILOTS ASSOCIATION INTERNATIONAL
   (ALPA)
James Niss, Esq.
Mudge, Rose, Guthrie, Alexander
  & Ferdon
180 Maiden Lane
New York, New York  10038

JPML FORM 3

p. 1

## COMMON PARTY CHECKLIST -- JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 719 -- In re Litigation Regarding Termination of the Strike of Continental Airlines by the Air Line Pilots Association

| Name of Party | Named as Party in Following Actions |
|---|---|
| Air Line Pilots Association International (ALPA) | A-1, A-2 |
| Continental Airlines Master Executive Council | A-2 |
| Henry A. Duffy | A-2 |
| Dennis M. Higgins | A-2 |
| D. Kirby Schnell | A-2 |
| R. Peter Lappin | A-2 |
| Donald A. Henderson | A-2 |