JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION
FILED

FEB -4 1987

PATRICIA D. HOWARD
CLERK OF THE PANEL

DOCKET NO. 719

BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

IN RE LITIGATION REGARDING TERMINATION OF THE STRIKE OF CONTINENTAL AIRLINES BY THE AIR LINE PILOTS ASSOCIATION

ORDER DENYING TRANSFER*

    This litigation presently consists of two actions pending in two federal districts: one action each in the District of Colorado and Southern District of Texas. Before the Panel is a motion by the Air Line Pilots Association, a defendant in each action, to transfer the Colorado action, pursuant to 28 U.S.C. §1407, to the Southern District of Texas for coordinated or consolidated pretrial proceedings with the action pending there. Plaintiffs in both actions oppose transfer.

    On the basis of the papers filed and the hearing held, the Panel finds that centralization would not necessarily serve the convenience of the parties and witnesses or further the just and efficicient conduct of this litigation. While we recognize that these actions share some factual questions, we note that plaintiffs in both actions oppose centralization. We point out that suitable alternatives to transfer exist in order to minimize the possibility of duplicative discovery and/or conflicting pretrial rulings. See, e.g., In re Eli Lilly and Company (Cephalexin Monohydrate) Patent Litigation, 446 F. Supp. 242, 244 (J.P.M.L. 1978). See also Manual for Complex Litigation, Second, §31.13 (1985).

    IT IS THEREFORE ORDERED that the motion for transfer pursuant to 28 U.S.C. §1407 of the actions listed on the attached Schedule A be, and the same hereby is, DENIED.

FOR THE PANEL:

*signature: Andrew A. Caffrey*

Andrew A. Caffrey
Chairman

---

\*   Judge Louis H. Pollak took no part in the decision of this matter.

SCHEDULE A

<u>MDL-719 -- In re Litigation Regarding Termination of the Strike of Continental Airlines by the Air Line Pilots Association</u>

<u>District of Colorado</u>

<u>Mark Adair, et al. v. Airline Pilots Association International, C.A. No. 86-C-1939</u>

<u>Southern District of Texas</u>

<u>Joseph E. O'Neill, et al. v. Airline Pilots Association International, et al., C.A. No. H-86-1718</u>